UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER WHITMORE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:11CV1170 RWS |
| | ) |
| AMERICAN DREAM LOGISTICS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Plaintiffs having failed to file a stipulation in support of their motion for remand,

**IT IS HEREBY ORDERED** that plaintiffs' motion for remand [#13] is denied for the reasons stated in my July 29, 2011 Memorandum and Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 12th day of August, 2011.