UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER WHITMORE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1170 RWS |
| ) | |
| AMERICAN DREAM LOGISTICS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion to compel discovery responses. Although plaintiffs' motion is not accompanied by the certification required by Local Rule 37-3.04, the Court will not deny the motion on that basis because plaintiffs' exhibits demonstrate that counsel has made good faith efforts to obtain the discovery. Any future motions, however, will be denied without prejudice if the certification is not included. Plaintiffs aver that defendants have failed to respond to discovery, despite being granted additional time to do so, and that their refusal to comply may prejudice the plaintiffs' ability to mediate this case in February. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#48] is granted, and defendants shall provide written responses to plaintiffs' discovery requests, in writing, under oath, and without objection, and produce any documents required by these discovery requests, by Thursday, January 26, 2012 at noon.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 23rd dy of January, 2012.