UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LUTHER WHITMORE, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:11CV1170 RWS |
| AMERICAN DREAM LOGISTICS, INC., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Following a hearing and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion to file under seal [#83] is granted, and **the Clerk of the Court shall place documents [#79] and [#82] under seal.**

**IT IS FURTHER ORDERED** that the amended motion to approve settlement [#82] is granted, and the Court will enter the proposed Judgment and place it in the Court file under seal.

**IT IS FURTHER ORDERED** that the motion for settlement approval [#79] is denied as moot.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal of this action with prejudice within ten (10) days of the date of this Order.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2012.